**DISMISS and Opinion Filed October 2, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00822-CV

**MARIAH LOCKRIDGE AND NORMA LOCKRIDGE, Appellants**
**V.**
**RIDGE AT TRINITY APTS, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-04463-E**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Goldstein, and Miskel
Opinion by Justice Goldstein

Appellants filed a brief on August 1, 2024. We then notified appellants, who are proceeding pro se, that the brief failed to comply with rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. We listed numerous defects in the brief, including, but not limited to, that it did not contain a list of the parties, a statement of the case supported by record references, a statement of facts supported by record references, or a proper certificate of service or compliance. Further, the argument section of the brief does not contain any citations to any authorities or to the record. On August 16, 2024, we instructed appellants to file an amended brief

correcting these deficiencies within ten days. In the request, we cautioned appellants that the appeal was subject to dismissal if appellants failed to file an amended brief in compliance with the rules of appellate procedure. To date, appellants have failed to do so.

The purpose of an appellant's brief is to acquaint the Court with the issues in a case and to present argument that will enable us to decide the case. *See* TEX. R. APP. P. 38.9. The right to appellate review extends only to complaints made in accordance with our rules of appellate procedure, which require an appellant to concisely articulate the issues we are asked to decide, to make clear, concise, and specific arguments in support of appellant's position, to cite appropriate authorities, and to specify the pages in the record where each alleged error can be found. *See* Tex. R. App. P. 38.1; *Lee v. Abbott*, No. 05-18-01185-CV, 2019 WL 1970521, at *1 (Tex. App—Dallas May 3, 2019, no pet.) (mem. op.); *Bolling v. Farmers Branch Indep. Sch. Dist.*, 315 S.W.3d 893, 895 (Tex. App—Dallas 2010, no pet.). Even liberally construing appellants' brief, we conclude it fails to acquaint the Court with the issues in the case, does not enable us to decide the case, does not make clear, concise, specific arguments supported by legal authority, and is in violation of rule 38.

Although given the opportunity to correct the brief, appellants did not do so.

Under these circumstances, we strike appellants' brief and dismiss this appeal. *See*

Tex. R. App. P. 38.9(a); 42.3(b),(c).


/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

230822F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARIAH LOCKRIDGE AND
NORMA LOCKRIDGE, Appellants

No. 05-23-00822-CV      V.

RIDGE AT TRINITY APTS,
Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-23-04463-
E.
Opinion delivered by Justice
Goldstein. Justices Partida-Kipness
and Miskel participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered October 2, 2024